PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: 5:04-cr-9005 TAG |
| vs. ) | ~~GR-F-04-9005~~ |
| ) | |
| MELISSA A. PEREA ) | |

On March 8, 2005, the above-named was placed on Probation for a period of 36 months.

On November 1, 2007, this office was notified by Geoffrey E. Jones, U. S. Probation Officer for the Central District of California that Probationer was confirmed dead by Bryan Hill, Deputy Coroner on June 19, 2007, (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERRE
Supervising United States Probation Officer**

Dated:    November 6, 2007
          Bakersfield, California, California
          RCL:dk

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

Re: **Melissa A. PEREA**
    Docket Number:   CR-F-04-9005
    **ORDER TERMINATING TERM OF PROBATION**
    **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that Probationer Melissa A. Perea is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

_11-7-2007_
**Date**

Theresa A. Goldner
United States Magistrate Judge

(Notification copy on file)

cc:   FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office